# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re | George Jerry Mboya, Debtor | Case No. 17-20889 Chapter 7 |
| vs. | Phyllis Peterson, Plaintiff | |
| | George Jerry Mboya, Defendant | Adv. Proc. No. 17-06048 |

FILED Kansas City, KS SEP 11 2017 Clerk U.S. Bankruptcy Court

## AMENDMENT TO COMPLAINT

Further to the Order[1] filed on September 6, 2017, requesting additional facts to support the claim that the debt should not be discharged because the Defendant owes debt, that was obtained by false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition, pursuant to 11 U.S.C. §523(a)(2), please find in this package the following attachments containing the objective evidence:

1) **Attachment 1:** Initial Petition (Reference Case# 16CV02694 filed on May 4, 2016 in District Court of Johnson County, Kansas Civil Court Department detailing claims (#'s 1-16)

2) **Attachment 2:** Defendant's Answers filed on May 17 admitting he told Plaintiff his name was Jerry Smith and that his adoptive mother had Cancer on October 19, 2014. Funds requested were for Cancer Medication and trip for funeral expenses for his adoptive mother. Defendant denies claims 3 through 16 and subparts a, b, c.

---

[1] Doc. 15

3) **Attachment 3:** Reproduction of communications between Plaintiff and Defendant via text messages showing Defendant saying he would pay Plaintiff the money he borrowed.

4) **Attachment 4:** Copy of Written Contract showing where Defendant agreed to provide his vehicle and associated title to Plaintiff until all funds were paid.

5) **Attachment 5:** Log of Activity of Money Transferred to Defendant. Also includes other communication activity.

6) **Attachment 6:** Financial Log - Categorized Amounts

7) **Attachment 7:** Transcript of Bankruptcy Hearing: Meeting of Creditors held on July 13, 2017

8) **Exhibit A:** Transcript of Oral proceedings

9) **Exhibit B:** Initial Petition (Reference Case#16CV02694 Filed May 4, 2016 in District Court of Johnson County,

10) Kansas Civil Department Detailing claims (#'s 1-16) Exhibit B

11) **Exhibit C:** Voicemail Transcripts

12) **Exhibit D:** Lenexa Police Report Stating George Mboya's Occupation - Selling Cars

13) **Exhibit E:** Information on George Mboya from Patricia Smith

14) **Exhibit F:** Information on George Mboya from Dana Hanley

15) **Exhibit G:** Information on George Mboya from Savanna Herder

16) **Exhibit H:** Western Union Payment to George Mboya from Phyllis Peterson

17) **Attachment 8:** Statements from Defendant Believed to be Perjury

18) **Exhibit 1:** Evidence confirming Status as Lawyer

19) **Exhibit 2:** Property in Dubai

20) **Exhibit 3:** Contract for BMW as Collateral for Loans

21) **Exhibit 4:** Evidence for Green Card Activity

22) **Exhibit 5:** Evidence of Other Women who Contacted Plaintiff about Defendant's Deception

23) **Exhibit 6:** Vehicle Type: Mercedes Benz C300

24) **Exhibit 7:** Admission and Confirmation from Defendant for Money Borrowed

25) **Attachment 9:** Motion for Examination of Judgment Debtor

The Plaintiff presents this additional information in support of the request and prays that the Court make a finding as requested in the original Complaint[2] filed on June 13, 2017.

Signed under the pains and penalties of perjury, this ____9th____ day of September, 2017.

*Phyllis Peterson*

Phyllis Peterson
Pro-se
5233 Hardy St, Overland Park KS 66202
Tel: (913) 638 8105

## VERIFICATION

I, Phyllis Peterson, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed under the pains and penalties of perjury, this __9th__ day of September, 2017.

*Phyllis Peterson*

Phyllis Peterson
Pro-se
5233 Hardy St, Overland Park
KS 66202
Tel: (913) 638 8105

---

[2] Doc. 1

## CERTIFICATE OF SERVICE

A copy of this document was served upon the Debtor/Defendant, George Jerry Mboya at the following address:

**1717 N Ridgeview Road,**             **Tel:**    **(913) 940 9012**
**Apt 207,**
**Olathe, KS 66061**


by Mail, postage prepaid, this __11__ day of September, 2017