# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re | George Jerry Mboya, | ) | Case No. |
| | Debtor | ) | 17-20889 |
| | | ) | |
| | Phyllis Peterson, | ) | Chapter |
| | Plaintiff | ) | 7 |
| vs. | | ) | |
| | George Jerry Mboya, | ) | Adv. Proc. No. |
| | Defendant | ) | 17-06048 |
| | | ) | |

### STATEMENTS FROM DEFENDANT BELIEVED TO BE PERJURY

The Defendant filed for Chapter 7 bankruptcy after having a judgment issued against him for a Johnson County Court Case (Ref #: 16CV02694) where he used fraudulent means to obtain funds from the Plaintiff.

On May 17, 2017, the Defendant signed bankruptcy documentation confirming that all the answers on the form were true and correct. He understands that making a false statement, concealing property, or obtaining money or property by Fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years or both. (18 U.S.C. 152, 1341, 1519, and 3571)

The defendant also reaffirmed the accuracy of the data presented in the documentation under oath during the bankruptcy hearing on July 13, 2017. (Reference Transcript lines 13 & 14.)

### BANKRUPTCY HEARING:

As one of the creditors listed in the bankruptcy documentation filed by the Defendant, the Plaintiff was present and took the opportunity posing questions to the Defendant.

1) **PLAINTIFF QUESTION:** "You told me you were a Lawyer. You said you were practicing law here and that could practice law in England and Dubai. Have you ever been a Lawyer?"
   (Reference Transcript Line # 83)

   **DEFENDANT RESPONSE:** "No I've never told you that."
   (Reference Transcript Line # 84)

   **PROOF OF PERJURY: (See EXHIBIT 1)**

2) **PLAINTIFF QUESTION:** "You borrowed 21,000 to help sell your house in Dubai. You said you'll pay me back. Do you or have you had any property in Dubai?
(Reference Transcript Line # 85)

**DEFENDANT RESPONSE:** "No I didn't borrow money from you."
(Reference Transcript Line # 86)

**PROOF OF PERJURY: (See EXHIBIT 2)**

3) **PLAINTIFF QUESTION:** "You borrowed 21,000... 20,180 to help with cars you owned or purchased. You signed a contract saying you would give me your BMW and title as collateral until you paid me back all the money you borrowed. What did you do with the BMW?"
(Reference Transcript Line # 87)

**DEFENDANT RESPONSE:** "I didn't borrow money from you"
(Reference Transcript Line # 88)

**PROOF OF PERJURY: (See EXHIBIT 3)**

4) **PLAINTIFF QUESTION:** "You borrowed 4000 to help you with a green card immigration needs. What is your current status are you a US citizen?"
(Reference Transcript Line # 126)

**DEFENDANT RESPONSE:** "I'm not a US citizen I am a permanent resident. I never borrowed that money."
(Reference Transcript Line # 127)

**PROOF OF PERJURY: (See EXHIBIT 4)**

5) **PLAINTIFF QUESTION:** "You borrowed $51,475.57 and you promised to pay it back. You owe 246,973 to different creditors. You said you didn't gamble it, you didn't put it in the bank, you didn't make any major purchases with it. What did you do with the money?"
(Reference Transcript Line # 134)

**DEFENDANT RESPONSE:** "You never gave me the money so...(illegible)"
(Reference Transcript Line # 135)
**PROOF OF PERJURY: (See EXHIBIT 5)**

6) **TRUSTEE QUESTION:** "How about this Heather Hardy, 180,000? - $180,000? - That's what she said that's.- How much did she give you?"
(Reference Transcript Line # 143, 145, 147, 155)

**DEFENDANT RESPONSE:** "Er she did give me some money. Yes she did. - No. It wasn't 180,000. That's what she says that I owed her. - That's what she said that I owed her but she never gave me all that money. - She gave me about it was like maybe 2800. She was like my we dated she was like my girlfriend, yeah."
(Reference Transcript Line # 144 ,146, 154, 156)

**PROOF OF PERJURY:** **(See EXHIBIT 5)**
Statement that all information in the documents were correct and free of errors.

7) **PLAINTIFF QUESTION:** "And then he said that you gave the car the Mercedes to Mike. So what car are you driving currently?"
(Reference Transcript Line # 162)

**DEFENDANT RESPONSE:** "The car that I drive I drive currently is Mike's car cause some when he's not at work I ask him if I can borrow his car and I drive his car sometimes."

**TRUSTEE QUESTION:** "What type of car was it?"
(Reference Transcript Line # 74)

8) **GEORGE MBOYA:** "It was a C200 Mercedes."
(Reference Transcript Line # 75)

**PROOF OF PERJURY:** **(See EXHIBIT 6)**

**Vehicle is a Mercedes-Benz C300.**

**TRUSTEE QUESTION:** "So you are denying you borrowed money from Phyllis? - And you realize you're under oath here today?"
(Reference Transcript Line # 127, 129)

**DEFENDANT RESPONSE:** "No. I never borrowed money from her. - Yes."
(Reference Transcript Line # 128, 130)

**PROOF OF PERJURY:** **(See EXHIBIT 7)**
Statement that all information in the documents were correct and free of errors.

**ADDITIONAL QUESTIONS AND COMMENTS**

1) How did the Defendant pay for the services of attorneys if he has no money:
   a. Michael A. Kinder – $1,800 (Re: Case # 16CV02694)
   b. Chris M. Troppito - $1,505 (Re: Case #: 17-20889)
   c. The lawyer hired for this case?
2) The Defendant claims that he did not make enough money to file taxes for 2016.
   a. Where did he work?
   b. How much money did he make?
   c. Does he have verifiable evidence to support this?
3) The Defendant stated in the bankruptcy documents that he worked at Pac Sun. During the hearing, this changed as he was now unemployed as he was let go from that company. If he has no income, then:
   a. Does he get unemployment benefits?
      i. If so, how much?
   b. How is he funding his immediate living expense needs, i.e. rent, food and personal expenses?
   c. What is his skill/trade?
   d. What is he doing to secure new employment?
   e. How is he planning to pay back the money he owes?
      NOTE: The defendant is in arrears with child support payments (Reference Johnson County Court Case # 16CV00799)

If the Defendant has been fraudulently obtaining money from victims, then according to Ockham's razor, this might explain how he is able to fund living expenses without adequate employment.

Dated this _____ day of August, 2017.

Phyllis Peterson
Pro-se
5233 Hardy St, Overland Park
KS 66202
Tel: (913) 638 8105

**EXHIBIT 1 – EVIDENCE CONFIRMING HIS STATUS AS A PRACTICING LAWYER**

| | |
|---|---|
|  | |
| **Claim # 4, 5 & 6** - 2015 09 03 (Acknowledgement of law practice) | |

Text message conversation with Jerry England (9139409012):

> without you my friend, and I'll tell you all about when I see you again 😊 — 8:55 AM
>
> How are you I miss you to pieces I'm sorry I've been out any news my sister is really sick stressing me I might go to England but I'll let you know — 1:25 PM
>
> Can you practice law in England or Dubai? — 1:34 PM
>
> Yes — 1:34 PM

**EXHIBIT 2 – PROPERTY IN DUBAI**



**Jerry England**
9139409012

Mon, 06/22/2015

Baby I'm sorry I'm very busy I'm at work
4:01 PM

Tue, 06/23/2015

Imagine with your mind, believe with your heart, achieve with your might. Have a Blessed day Babe 😍
10:18 AM

I'm busy I'm still at work I'll call you in a get a chance I didn't get any news today I'm so frustrated
6:22 PM

Enter message

**Claim # 3 & 13** - 2015 06 22 & 23
(Awaiting News about sale of Dubai Home)

---

**Jerry England**
9139409012

Of an odd any news that's why haven't called you it is expensive to call my baby I'll call you when I get a chance
1:22 PM

It's expensive to call to receive calls that's what I'm avoiding but I've not had any news
1:22 PM

Thu, 09/03/2015

Aham Brahmasmi: I exist beyond all limitations. God's love😍
6:44 AM

Enter message

**Claim # 3 & 13** - 2015 09 02 continued & 03
(Awaiting News about sale of Dubai Home)

---

Ringtone

3:48 AM

Wed, 08/19/2015

Ananta Swa Bhava: My true self has no limits or boundaries 😍 Dream big Baby 😍
7:07 AM

How hot is it in Dubai?
12:03 PM

It's very hot here babe why
12:04 PM

I miss you to pieces 😍 😍 😍 😍 😍
6:07 PM

Enter message

**Claim # 3 & 13** - 2015-08-19 - In Dubai - It is hot
(Defendant in Dubai)

---

**Jerry England**
9139409012

going, both now and forever 😍
8:13 PM

Fri, 06/26/2015

Baby 😍😍😍😍😍😍
1:49 PM

Baby I didn't get any emails I'll try call you later I love you and I miss you
4:23 PM

Sat, 06/27/2015

I'm sorry babe I'm really busy I'm at work
6:21 PM

Enter message

**Claim # 3 & 13**- 2015 06 26 & 27
(Awaiting News about sale of Dubai Home)



**Screenshot 1 (top-left):**

Jerry England
9139409012

Wed, 07/08/2015

He called me last week on Monday let's just be patient is going to call I miss you I love you I'll talk to you later
6:58 PM

Love you too 😊😊😊
6:59 PM

Thu, 07/09/2015

**Claim # 3 & 13** - 2015 07 08

**Screenshot 2 (top-right):**

Jerry England
9139409012

Baby I'm sorry I've been on any news from this guy I'm really stressed down here I'll definitely call you when I have anything
3:09 PM

Mon, 07/27/2015

😊😊😊😊
3:25 PM

Tue, 07/28/2015

Baby please call me immediately wake up
4:54 AM

When is rent due Babe?

**Claim # 3 & 13** - 2015 07 27 & 28

**Screenshot 3 (bottom-left):**

Jerry England
9139409012

Fri, 07/31/2015

Call me as soon as you wake up please baby
5:42 AM

Have the guy who wants to buy the house pay you $1300 in cash up front, then pay the other people and knock $1300 off the asking price. God's blessings 😊 Love you 🙏
6:21 AM

Atma Prakasha: My true self shines with its own light.
"THERE is a RAINBOW

**Claim # 3 & 13** - 2015 07 31
(Money for finder's fee for house in Dubai)

**Screenshot 4 (bottom-right):**

Jerry England
9139409012

Wed, 08/12/2015

Baby I'm very sick I'm in the hospital I miss you and I love you
10:26 AM

😢😢
10:26 AM

Thu, 08/13/2015

I'll be not any news I'm still on the hospital I'll call you when I get a chance I'm still sick
2:18 PM

Sun, 08/16/2015

Om Mani Padmi Hum:

**Claim # 3 & 13** - 2015 08 12 & 13

Case 17-06048    Doc# 17-3    Filed 09/11/17    Page 7 of 26

**Jerry England**
9139409012

Wed, 06/03/2015

I love you and I always well thank you for everything
7:30 PM

When do you think the house will sell?
7:58 PM

I think maybe next week through next week Matone
8:02 PM

Already talked to my cousin and my family they don't have it so it's okay babe I understand
8:02 PM

Enter message

| | |
|---|---|
| **Claim # 3, 13, 14 & 16** - 2015 06 03<br>(Awaiting News about sale of Dubai Home) | |

**EXHIBIT 3 – CONTRACT FOR BMW AS COLATERAL FOR LOANS**

11/14/14     I will pay Phyllis as soon
as I get paid the weeks of
Nov. 18.

I will pay Phyllis 48.93 on car cover.

I will pay Phyllis 5800 for different
things that she has given money
to me for.

I will pay Phyllis 10,000 for car payment.

I owe Phyllis 43,640 + owe (49,710).

added for lawyer purposes 10/22/15    I am giving Phyllis my car title and
BMW as collateral.

added for lawyer purposes 10/22/15    I will pay Phyllis 49,205.93

Signed
Date 11/15/14

Jerry—
I trust you. I believe in you.

Phyllis

White Mercedes C300
111 GUR

**EXHIBIT 4 – EVIDENCE FOR GREEN CARD ACTIVITY**



**Claim # 3 & 13**- 2015 06 30 & 07 01
(Claim about green card expiration)

**EXHIBIT 5 – EVIDENCE OF OTHER WOMEN WHO CONTACTED PLAINTIFF ABOUT DEFENDANT'S DECEPTION**

a. There is evidence that he has used fraudulent means to obtain funds from multiple other victims.

    i. Patricia Smith (Owes child support payments)



Patricia Smith
Statement.docx

**(See EXHIBIT E)**

    ii. Heather Williams (Owes $180,000)

    iii. Dana Hanley (Owes $2,400)



Dana Hanley
Statement.docx

**(See EXHIBIT F)**

    iv. Savannah Den Herder, (Owes $5,252)

    v. Jill Schiltz,

    vi. Kelsey Pippitts

    vii. List others....?

**EXHIBIT 6 – VEHICLE TYPE MERCEDES-BENZ C300**

Vehicle parked across the street from the court house during the hearing on July 13, 2017






1) The vehicle he is using is titled under someone else (Mike?)
   a. What is his relationship with Mike?
   b. Is he a friend, business acquaintance, other?

**EXHIBIT 7 – ADMISSION AND CONFIRMATION FROM DEFENDANT FOR MONEY BORROWED**



God's blessings on your day.
Let's talk about Budget and payment plan later.
The amout is $34,940.
It will help me so I know where the money is coming from for upcoming bills.
Love you

MMS 8:38 AM

Tue, 04/21/2015

Good afternoon my love I miss you
12:22 PM

**Claim # 16** - 2015 04 20 & 21

---

Sun, 08/02/2015

Twam Eva Sarvam: My true self is everything I hold dear My soul sees only light everywhere God's blessings.
I have Cataract surgery tomorrow. Keep me in prayer

8:57 AM

When will I have money back if I put 700 in your mailbox. I need to start seeing money come back.

11:50 AM

I have the money.

**Claim # 16** - 2015 08 02
(Rent money)

---

I have the money.
Godspeed

12:11 PM

You will owe 47,723 this week.
Thanks.
Headed over

1:59 PM

Money is there. Call

2:19 PM

I need you to take care of me now.

2:30 PM

When you get paid, put $20,000 into a savings account for you to use in emergency

**Claim # 16** - 2015 08 02 continued

---

Money is there. Call

2:19 PM

I need you to take care of me now.

2:30 PM

When you get paid, put $20,000 into a savings account for you to use in emergency

2:36 PM

Ok

5:25 PM

Mon, 08/03/2015

Baby,
I will still need $1200

**Claim # 16** - 2015 08 02 continued & 03
(Admission of potential payment from Shoot)



**Jerry England**
9139409012

Mon, 08/03/2015

Baby,
I will still need $1200 by the 10th. Pray that God will send the money now. Going to take a nap. 😴

5:50 PM

Jerry,
I love you .
I have helped you out.
I need your help now .
Let me know how you can get the money to me by the 10th. I totally think your landlord took the money and it oisses me off because we need the house to sell

Enter message

**Claim # 16 – 2015 08 03**

---

**Jerry England**
9139409012

Jerry,
I love you .
I have helped you out.
I need your help now .
Let me know how you can get the money to me by the 10th. I totally think your landlord took the money and it oisses me off because we need the house to sell now. If he isn't going to send you the money, then he needs to give it back to me so I can pay bills. I know you say not to stress about it, but schools costs $1090, The Vette is going to be over $2000, Car tags

Enter message

**Claim # 16 – 2015 08 03 continued**

---

**Jerry England**
9139409012

then he needs to give it back to me so I can pay bills. I know you say not to stress about it, but schools costs $1090, The Vette is going to be over $2000, Car tags are going to be over a $1000, I am going through a divorce right now. I need you to be my helper through this. I am totally frustrated and stressed to the Max. Please send money soon. God's blessings 😇

MMS 10:32 PM

Tue, 08/04/2015

Enter message

**Claim # 16 – 2015 08 03 continued & 04**

---

**Jerry England**
9139409012

are going to be over a $1000, I am going through a divorce right now. I need you to be my helper through this. I am totally frustrated and stressed to the Max. Please send money soon. God's blessings 😇

MMS 10:32 PM

Tue, 08/04/2015

I really need the $1090 by the 10th. I would like to have it by Friday. Thanks. God's blessings

6:07 AM

Enter message

**Claim # 16 – 2015 08 04**



**Jerry England**
9139409012

Baby I'll call you when you get a chance love you
6:19 AM

Wed, 08/05/2015

My reality is pure intelligence and abundance 😊 Mantra "Eem Treem Shreem" Dwell in possibility 😊
7:45 AM

Fri, 08/07/2015

Owe close to $500 on Vette, $100 to Lawyer, $1090 Tuition. ......Bring the money soon....

Enter message

---

**Jerry England**
9139409012

Tue, 09/15/2015

My sister died so I'm gonna want situation but I'll try call you later I'm going through a lot but I still love you I need to get this addressed and fixed
2:13 PM

Oh My God Babe,
I am so sorry.
Let me know what I can do.
I wish I was there to hold you and support you. 😊 😊
2:15 PM

Holding your picture

Enter message

---

| **Claim # 16** - 2015 08 05 & 07 | **Claim # 16** - 2015 09 15 |
| Extent of Damage | (Announcement of sister's death) |

---

**Jerry England**
9139409012

Sat, 09/19/2015

Hi Jerry,
Let me know what you plan on doing. I am here for you if you want to talk or you need someone to cry with. Had some tornado activity in Hillsdale last night and down around Miami County. Rained pretty hard a couple of times. Praying for God's intercession, His Blessings, Peace, Prosperity, Freedom from Anxiety, Healing for you and your family. I wish I was there to hold you and comfort you. It's

Enter message

---

**Jerry England**
9139409012

His Blessings, Peace, Prosperity, Freedom from Anxiety, Healing for you and your family. I wish I was there to hold you and comfort you. It's hard to lose family 😊 😊 😊 😊 My heart hurts for you. Know that I love you, and I pray for you and your family every day. May God surround you, and be there to provide for you and your loved ones. Love you! Phyllis
"May the Blessings of the Lord be upon you, we bless you in the Name of the Lord. "
MMS 3:10 AM

Enter message

---

| 2015 09 19 | 2015 09 19 continued |



**Jerry England**
9139409012

know how and when.
Thanks.
God's blessings 😄

10:52 AM

Blessed be the Name of
the Lord 🙏

4:25 PM

Thu, 09/24/2015

Need a plan on how you
are paying me back. 😊

12:37 PM

I really need you to step
up and help me out.
Thanks

2:04 PM

Fri, 09/25/2015

Enter message

---

**Jerry England**
9139409012

Sat, 09/26/2015

The repairs on the house
total about $20,000 and
the house paymrnt is
about $28,000, so the
$49,650 will help out
so much. Thanks for
being a man of honor
and bringing the model
money and selling your
house in Dubai. Taking
a vacation together will
be fun. God's blessings
on our plans 😄😄😄

3:02 PM

Mon, 09/28/2015

4th Joyful : Presentation
Give your best to God

Enter message

---

### 2015 09 24

### 2015 09 26
**Extent of Damage**

---

**Jerry England**
9139409012

plans pay me back

9:58 PM

Tue, 09/29/2015

Jerry,
What's going on? When
are you back? Do you
have model money? How
is house sale in Dubai
coming? How is Amelia's
family. Text and let me
know how you are.
Thanks,
Phyllis

10:18 AM

It hurts when you cut me
out

12:02 PM

Enter message

---

**Jerry England**
9139409012

Thu, 10/01/2015

1st Luminous : Baptism
in Jordan God's
blessings
Live your Baptismal
Promises
I need you to step up and
help out. I need you to
start paying me back.
Thanks Jerry 😄

5:04 AM

Let me know your
payment plan. God's
blessings 😄

5:20 AM

I've been there for you, I
need you to be there for
me 😊

Enter message

---

### 2015 09 29

### 2015 10 01
**Extent of Damage**



**Jerry England**
9139409012

Tue, 10/20/2015

It's been a long time without you my friend. .....
3RD Sorrowful :
Crowning of Thorns
How are you Jerry?
6:51 AM

Love to hear from you
6:54 AM

Could use another $1000 for bills. Thanks Jerry 😜
10:35 AM

Let me know how you can start paying me back the $49,233.43 . Thanks Jerry 😜
Enter message

---

**2015 10 20**
**Extent of Damage**

---

**Jerry England**
9139409012

Wed, 10/21/2015

Royals Rocked it last night.
3RD Glorious : Descent of Holy Spirit.
Use gifts of Holy Spirit wisely😜
10:49 AM

Need a copy of House Title in Dubai. Thanks Jerry😜
3:49 PM

If you don't want to go to England, Italy, and France with me, just send my tickets and the Visas. Could use the stress relief. Thanks
Enter message

---

**2015 10 21**

---

**Jerry England**
9139409012

Royals Rocked it last night.
3RD Glorious : Descent of Holy Spirit.
Use gifts of Holy Spirit wisely😜
10:49 AM

Need a copy of House Title in Dubai. Thanks Jerry😜
3:49 PM

If you don't want to go to England, Italy, and France with me, just send my tickets and the Visas. Could use the stress relief. Thanks
5:22 PM
Enter message

---

**2015 10 21 continued**

---

**Jerry England**
9139409012

Thanks, 4th Joyful Phyllis
9:09 AM

Dude,
I need some money for my washer. Thanks Jerry 😜
10:33 PM

Sat, 10/31/2015

I need you to start paying me back so I have money to buy the house and pay the bills. I was there for you. I need you to be a man of honor and step up and pay me back.
2:26 PM
Enter message

---

**2015 10 31**



**Jerry England**
9139409012

MMS 7:38 AM

Thank you for the Hanae Mori😊 God's blessings

9:44 AM

Mon, 11/02/2015

Royals Rocked It😊 We won the World Series😊 1st Joyful : Annunciation Say Yes to God.😊

2:26 PM

Happy Birthday tomorrow Jerry. God's blessings 😊

9:44 PM

Enter message

---

**2015 11 02**

---

**Jerry England**
9139409012

3:02 PM

How did things finish up with your sister, and your house in England and your place in Dubai? Looking forward to seeing you soon and getting some money from you.😊 Thanks Jerry😊😊

3:26 PM

I really wish you would talk and clear the air Jerry. All things are Possible with God. 😊😊😊

3:43 PM

Wed, 11/11/2015

Enter message

---

**2015 11 10**

---

**Jerry England**
9139409012

Thu, 12/31/2015

What are your plans for 2016? Let's talk. You owe close to $50,000. Need to figure out a payment plan Jerry. Be a man of Integriry and Honor. With God all things are Possible Godspeed

11:29 PM

Tue, 01/05/2016

All things are Possible with My Master, My Lord, My Friend 😊😊 It's been a long time without you my friend. You can tell me all about it when I

Enter message

---

**2015 12 31**

---

**Jerry England**
9139409012

Sat, 01/09/2016

Need $1000 to cover college expenses for Jennifer. Be the man of honor you told me I could trust. Thanks Jerry. Phyllis

4:31 PM

Chiefs are looking Good. 😊

4:32 PM

How is work? Did the house sell in Dubai? Did you see where they had that fire in Dubai New Year's Eve? Scary 😊

4:34 PM

Enter message

---

**2016 01 09**

Case 17-06048    Doc# 17-3    Filed 09/11/17    Page 18 of 26



**Jerry England**
9139409012

Chiefs are looking Good.

4:32 PM

How is work? Did the house sell in Dubai? Did you see where they had that fire in Dubai New Year's Eve? Scary

4:34 PM

Wed, 01/13/2016

Let me know when you can meet. Need to talk. Thanks Jerry,
Phyllis

2:21 PM

Tue, 01/19/2016

Enter message

---

2016 01 09 continued

---

**Jerry England**
9139409012

Sat, 02/13/2016

Make a payment plan Jerry. Need to pay me in cash. I will see you soon. Thanks for keeping your word Jerry. I know your last name is Mboya not Smith. The police know this also.
Have a Great Valentines day.
Phyllis Peterson

11:44 AM

Sun, 02/14/2016

Leviticus 19: 1-2, 11-18

5:57 PM

Enter message

---

2016 02 13

---

**Jerry England**
9139409012

Chiefs are looking Good.

4:32 PM

How is work? Did the house sell in Dubai? Did you see where they had that fire in Dubai New Year's Eve? Scary

4:34 PM

Wed, 01/13/2016

Let me know when you can meet. Need to talk. Thanks Jerry,
Phyllis

2:21 PM

Tue, 01/19/2016

Enter message

---

2016 01 09 continued

---

**Jerry England**
9139409012

Sat, 02/13/2016

Make a payment plan Jerry. Need to pay me in cash. I will see you soon. Thanks for keeping your word Jerry. I know your last name is Mboya not Smith. The police know this also.
Have a Great Valentines day.
Phyllis Peterson

11:44 AM

Sun, 02/14/2016

Leviticus 19: 1-2, 11-18

5:57 PM

Enter message

---

2016 02 13



**Tue, 03/15/2016**

Jerry and Patricia Smith registered September 11, 2015 Baby Registry KCMO.
Their Baby is 6 months old.
His call came under Tafadzwa Mudari.
2:47 AM

Why would you lie about your baby 😊
6:58 AM

What's up?
11:42 AM

I just want the truth Jerry. I need you to pay

Enter message

**2016 03 15**

---

**Fri, 03/25/2016**

Babe,
I need you to start paying me back. You said you would paying me bacl last September. Then you went and had a Baby with another chick. You still owe me close to $50,000.
Get a plan together. Let's meet and talk Jerry.
Phyllis
3:10 PM

Need cash when you pay 😊
4:48 PM

Enter message

**2016 03 25**

---

**Tue, 03/29/2016**

Dude,
I want to travel. If you don't wsnt to go, that's fine. Just pay me back and I will go on my own.
3:51 PM

Sweetheart,
You said you would pay me $20,000 last September. It's time Jerry.
Phyllis
4:49 PM

So what are your plans. Need to start paying me back now.
5:00 PM

Enter message

**2016 03 29**

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

Phyllis Peterson,                              )
5233 Hardy St, Overland Park KS 66202          )
Judgment Creditor                              )
                                               )
VS.                                            )
                                               )
George Jerry Mboya                             )        Case No.  16CV02694
13304 W 104th St, Lenexa KS, 66215             )
Judgment Debtor                                )

## MOTION FOR EXAMINATION OF JUDGMENT DEBTOR
### (PURSUANT TO K.S.A. 60-2419)

COMES NOW Phyllis Peterson, and moves the Court for an order requiring the judgment debtor, George Jerry Mboya, to appear before this Court at a time and place specified to be examined and answer concerning his property, assets and income.

On February 1, 2017, an execution was issued on the judgment and placed in the hands of Calvin Hayden-Sheriff, Johnson County, Kansas for "Bank of America". The funds in the account held for George Jerry Mboya, amounted to $65.10. Processing fees amount to $15.00. These funds are currently being processed to be transferred to Judgment Creditor by bank representative Estevan Trujillo.

On February 24, 2017, an execution was issued on the judgment and placed in the hands of Calvin Hayden-Sheriff, Johnson County, Kansas, who, on March 27, 2017, made demand on George Jerry Mboya for the sum due on the execution and his fees on such execution, George Jerry Mboya refused and neglected to pay on which to levy to satisfy execution and his fees, but could find nothing belonging to George Jerry Mboya; the execution has been returned wholly unsatisfied with fees listed in clause 2 below due and unpaid, all as appears from the officer's return on the execution.

In support of this motion, the movant alleges and advises the Court that:

1.  The movant is authorized to enforce the judgment order in this action.

2.  The judgment debtor was ordered to pay damages of $49,223.43 plus interest of $2,252.14 as of judgment date (January 31, 2017).

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2017 APR 10 PM 3: 19

3. Additional interest and associated court costs accrue in conjunction with the processing of collection of debt from the judgment debtor.

4. Judgment Creditor has not been able to discover sufficient property of Judgment Debtor whereon to levy execution.

5. The judgment creditor is without sufficient knowledge of the judgment debtor's assets to cause a levy of execution herein.

6. An Order to Appear herein will not cause undue hardship on the judgment debtor.

WHEREFORE, Judgment Creditor prays for an order of this Court requiring Judgment Debtor to appear before said Court, at a time and place to be named in the order to undergo an examination under oath, touching his ability and means to satisfy the judgment.

Respectfully Submitted By:

**Phyllis Peterson**
(Pro se)
5233 Hardy St,
Overland Park KS 66202
913-638-8105

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

Phyllis Peterson,                                    )
5233 Hardy St, Overland Park KS 66202                )
Judgment Creditor                                    )
                                                     )
VS.                                                  )
                                                     )
George Jerry Mboya                                   )          Case No.  16CV02694
13304 W 104ᵗʰ St, Lenexa KS, 66215                   )
Judgment Debtor                                      )

---

### <u>ORDER TO APPEAR FOR HEARING IN AID OF EXECUTION</u>
### (PURSUANT TO K.S.A. 60-2419)

YOU ARE HEREBY ORDERED to personally appear before this Court at __9__ a.m/p.m. on the __25__ day of __May__, 2017, at the Courthouse in Johnson County, Kansas, to be examined and answer questions concerning your property, assets, and income.

YOU ARE HEREBY ORDERED to bring with you to this examination the following documents and materials:

1. Evidence of Employment History records and income (i.e. paychecks) from October 11, 2014 to present.

2. Copy of Credit report pulled no earlier than the last 30 days preceding your receipt of this Order.

3. Copies of any bank, savings & loan or other financial institution which currently is holding funds on your behalf for the period from October 11, 2014 to present.

4. A copy of any month-end statements which you have received from any bank or savings & loan institution within 90 days prior to your receipt of this Order.

5. Copies of all statements from Investment accounts (Stock, bond, mutual funds, Retirement accounts and any other securities instrument) for the period from October 11, 2014 to present.

6. Objective evidence of vehicles owned/sold in the years 2014, 2015, 2016 and 2017.

7. Names and phone numbers of persons vehicles were bought from/sold to in item Objective evidence of vehicles owned/sold in the years 2014, 2015, 2016.

8. Location of fund from sales of vehicles.

9. Copies of loan documentation supporting the purchase of the vehicles stated in item Objective evidence of vehicles owned/sold in the years 2014, 2015, 2016 above.

10. Copies of funding sources supporting the purchase of the vehicles stated in item Objective evidence of vehicles owned/sold in the years 2014, 2015, 2016 above if purchased with cash.

11. Copies of vehicle Tag Registration documentation and titles for vehicles stated in item Objective evidence of vehicles owned/sold in the years 2014, 2015, 2016 above.

12. Copies of vehicle insurance policy documentation for vehicles stated in items Objective evidence of vehicles owned/sold in the years 2014, 2015, 2016 above.

13. If the vehicle you are currently utilizing as a means of transportation is NOT owned by you, then provide the name, VIN # and contact number of the registered owner.

14. For the cell phone you have used or are using, copies of bills showing log of call transactions for the period from October 11, 2014 to March 31, 2016.

15. Copies of evidence of real estate property located in Dubai, England and any other real estate property owned individually or jointly by the defendant between the period from October 11, 2014 to present.

16. Copies of receipts for payments made to potential buyer's agent of the Dubai property.

17. Copies of Green card, passport and birth certificate and associated receipts for expenses for renewal of such.

18. Copies of modelling contract and payment from model shoot in Las Vegas and the Sprite shoot for Brazil.

19. Copies of any other modelling contracts and associated payments from October 11, 2014 to present.

20. Copies of Tax Returns for years 2014, 2015 and 2016.

21. The name, address and telephone number of any person entity which currently owes you, or will owe you within ninety days of your receipt of this Order, more than the sum of $50.00.

22. The name, address and telephone number of any person entity who paid you any form of cash, check, money order, electronic fund transfers, etc. more than the sum of $50.00 between October 11, 2014 to present.

23. Your personal and business (unless your business is a corporation) checkbooks, including the index and/or ledger maintained in connection with said checkbooks.

24. Copies of any life insurance policies you own.

25. Copies of any life insurance documents where you are listed as a named beneficiary.

THIS ORDER is directed to you for the reason that judgment was entered against you in the above-entitled action and to this date remains unpaid and unsatisfied. Failure to appear at the above time and place may cause you to be cited and punished for contempt of this Court.

**DANIEL W. VOKINS**

_____

**JUDGE OF THE DISTRICT COURT**

Respectfully Submitted By:

_____

**Phyllis Peterson**
(Pro se)
5233 Hardy St,
Overland Park KS 66202
913-638-8105